NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  GOOGLE LLC,**
*Petitioner*

---

2023-149

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:22-cv-01207-ADA, Judge Alan D. Albright.

---

## ON PETITION AND MOTION

---

## O R D E R

Google LLC moves unopposed to withdraw its mandamus petition as moot, informing the court that the underlying case has been dismissed and "the issue raised by Google's mandamus petition is now moot." Mot. at 1.

2                                                    IN RE: GOOGLE LLC

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

December 12, 2023                    Jarrett B. Perlow
Date                                 Clerk of Court